IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ED ORR, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:09-1033 |
| ) | Judge Trauger |
| SPHERION CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### **O R D E R**

The plaintiff's Motion to Extend Deadlines (Docket No. 15), which is not opposed, is **GRANTED**. It is hereby **ORDERED** that the deadline to file motions to amend is **EXTENDED** to May 1, 2010.

It is so **ORDERED**.

ENTER this 8th day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge